IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES CLEVELAND<br>MANYWHITEHORSES,<br><br>Defendant. | CR 23-55-GF-BMM<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on September 20, 2023. (Doc. 26.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 27.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Black and Silver Kahr CW9, 9mm handgun, serial #ED8605

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court