IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CLEVELAND MANYWHITEHORSES,<br><br>Defendant. | CR 23-55-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I.     Synopsis

Defendant James Cleveland Manywhitehorses (Manywhitehorses) has been accused of violating the conditions of his supervised release. (Docs. 44 and 46). Manywhitehorses admitted the alleged violations. Manywhitehorses' supervised release should be revoked. Manywhitehorses should be sentenced to custody for 5 months, with 31 months of supervised release to follow. During the first sixty days of supervised release, Manywhitehorses shall be placed in an in-patient substance abuse treatment facility such as Connections Corrections as directed by his probation officer.

## II. Status

Manywhitehorses plead guilty on August 17, 2023 to the offense of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) as charged in Count 1 of the Indictment. (Doc. 21). Manywhitehorses was sentenced to custody for 27 months, with 3 years of supervised release to follow. (Doc. 37). Manywhitehorses' current term of supervised release began on July 11, 2025.

### Petition

On November 20, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Manywhitehorses' supervised release. (Doc. 44). The Petition alleged Manywhitehorses violated conditions of his supervised release by: (1) having a sweat patch applied to his body on September 17, 2025, and removed on September 29, 2025, test positive for methamphetamine on October 9, 2025; (2) having a sweat patch applied to his body on September 29, 2025, and removed on October 7, 2025, test positive for methamphetamine on October 16, 2025; and (3) having a sweat patch applied to his body on October 7, 2025, and removed on October 15, 2025, test positive for methamphetamine on October 30, 2025.

### Amended Petition

On December 4 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Manywhitehorses' supervised release.

(Doc. 46). The Amended Petition alleged Manywhitehorses violated conditions of his supervised release by the added violations of: (4) having a sweat patch applied to his body on October 1, 2025, and removed from his body on October 29, 2025, test positive for methamphetamine on November 29, 2025; and (5) having a sweat patch applied to his body on October 29, 2025, and removed from his body on November 4, 2025, test positive for methamphetamine on November 29, 2025.

### Initial Appearance

Manywhitehorses appeared before the Court on December 9, 2025. Manywhitehorses was represented by counsel. Manywhitehorses stated that he had read the Amended Petition and that he understood the allegations against him. Manywhitehorses waived his right to a preliminary hearing.

### Revocation hearing

Manywhitehorses appeared before the Court on December 9, 2025. The parties consented to proceed with the revocation hearing before the undersigned. Manywhitehorses admitted that he had violated the conditions of supervised release as set forth in the Amended Petition. Manywhitehorses' admitted violations, 1-5, are serious and warrant revocation of his supervised release.

### Sentencing hearing

Manywhitehorses appeared before the Court on December 9, 2025. Manywhitehorses' violations are a Grade C. His criminal history category is III.

Manywhitehorses' underlying offense is a Class C felony. Manywhitehorses could be incarcerated for up to 24 months on both counts. Manywhitehorses could be ordered to remain on supervised release for 36 months less any custody time on both counts. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.   Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Manywhitehorses' supervised release should be revoked. Manywhitehorses should be sentenced to custody for 5 months, with 31 months of supervised release to follow. During the first sixty days of supervised release, Manywhitehorses shall be placed in an in-patient substance abuse treatment facility such as Connections Corrections as directed by his probation officer. This sentence is sufficient but not greater than necessary.

### IV.   Conclusion

The Court informed Manywhitehorses that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Manywhitehorses of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Manywhitehorses that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what,

if any, sanction to impose. Manywhitehorses waived his right to appeal and allocute before Judge Morris.

The Court **FINDS:**

> That JAMES CLEVELAND. MANYWHITEHORSES has violated the conditions of his supervised release by: (1) having a sweat patch applied to his body on September 17, 2025, and removed on September 29, 2025, test positive for methamphetamine on October 9, 2025; (2) having a sweat patch applied to his body on September 29, 2025, and removed on October 7, 2025, test positive for methamphetamine on October 16, 2025; and (3) having a sweat patch applied to his body on October 7, 2025, and removed on October 15, 2025, test positive for methamphetamine on October 30, 2025; (4) having a sweat patch applied to his body on October 15, 2025, and removed from his body on October 29, 2025 test positive for methamphetamine on November 29, 2025; and (5) having a sweat patch applied to his body on October 29, 2025, and removed from his body on November 4, 2025, test positive for methamphetamine on November 29, 2025.

The Court **RECOMMENDS:**

> That the District Court revoke Manywhitehorses' supervised release and sentence Manywhitehorses to custody for 5 months, with 31 months of supervised release to follow. During the first sixty days of supervised release, Manywhitehorses shall be placed in an in-patient substance abuse treatment facility such as Connections Corrections as directed by his probation officer. This sentence is sufficient but not greater than necessary.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 10th day of December 2025.

John Johnston
United States Magistrate Judge