# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JAMES CLEVELAND<br>MANYWHITEHORSES,<br><br>Defendant. | CR-23-55-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 7, 2026. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on December 9, 2025 (Doc. 48.) The United States accused James Manywhitehorses (Whitehorses) of violating the conditions of his supervised by: (1) having a sweat patch applied to his body on September 17, 2025, and removed on September 29, 2025, test positive for methamphetamine on October 9, 2025; (2) having a sweat patch applied to his body on September 29, 2025, and removed on October 7, 2025, test positive for methamphetamine on October 16, 2025;  (3) having a sweat patch applied to his body on October 7, 2025, and removed on October 15, 2025, test positive for methamphetamine on October 30, 2025; (4) having a sweat patch applied to his body on October 1, 2025, and removed from his body on October 29, 2025, test positive for methamphetamine on November 29, 2025; and (5) having a sweat patch applied to his body on October 29, 2025, and removed from his body on November 4, 2025, test positive for methamphetamine on November 29, 2025.  (Docs. 44 and 46.)

At the revocation hearing, Manywhitehorses admitted that he had violated the conditions of supervised release as set forth in allegation 1-5 of the Amended Petition.  Judge Johnston recommended a sentence of custody of 5 months with 31 months of supervised release to follow, with the first 60 days of supervised release spent in an in-patient substance abuse treatment facility such as Connections Corrections as directed by his probation officer.  (Doc. 57.) The Court advised

Manywhitehorses of his right to appeal and to allocute before the undersigned, he waived those rights. (Doc. 48.)

The violations Manywhitehorses admitted prove serious and warrant revocation of Manywhitehorses' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

 Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that James Cleveland Manywhitehorses be sentenced for a term of custody of 5 months with 31 months supervised release to follow. Manywhitehorses will spend with the first 60 days of supervised release  in an in-patient substance abuse treatment facility such as Connections Corrections as directed by his probation officer.

DATED this 7th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts